# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 4:22-CR-24 |
| | ) | |
| **AMOS MONTES** | ) | |

## ORDER

The government's unopposed motion is GRANTED. For good cause shown, and with no objection from the defense, Count One is amended as indicated in Exhibit A to the United States' motion.

SO ORDERED this 6th day of June, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA